IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02352-MEH

ERICA JEAN HINES,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2015**.

    The Unopposed Motion for Withdrawal of Counsel filed by Kirsten Westerland [filed July 17, 2015; docket #17] is **granted**. Ms. Westerland's representation of the Defendant in this matter is terminated. Defendant shall continue to be represented by Jessica Milano and J. Benedict Garcia.